THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MARTIN, Appellant, *v.* CHARLES H. KENYON, Respondent.

*People ex rel. Martin* v. *Kenyon*, 152 App. Div. 898, affirmed.
(Argued January 8, 1913; decided January 28, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1912, which affirmed an order of Special Term denying a motion for judgment on the pleadings in an action of quo warranto.

The following question was certified: "Is the plaintiff entitled to judgment upon the pleadings herein?"

*Thomas Carmody, Attorney-General* (*Hugh J. O'Brien* of counsel), for appellant.

*Arthur Warren* and *John D. Burns* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.